

Steve Naito, OSB No. 80321
steve.naito@tnslaw.net
**Shea Gumusoglu, OSB No. 01268**
shea.gumusoglu@tnslaw.net
Tarlow Naito & Summers, LLP
6650 SW Redwood Lane, Suite 215
Portland OR 97224
503.968.9000
503.968.9002 Fax
Attorneys for Third Party Defendants, J.T. Batterson and Susan Batterson

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| THOMAS MCDONALD AND MARIAN MCDONALD, husband and wife, and ALEX E. MCDONALD,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>SUN OIL COMPANY; SUNOCO, INC.; and CORDERO MINING COMPANY, and the OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Defendants and Counterclaim Plaintiffs, | Case No.03-01504-HA<br><br>THIRD-PARTY DEFENDANTS' RULE 54B JUDGMENT |
| THOMAS MCDONALD AND MARIAN MCDONALD, husband and wife, and ALEX E. MCDONALD,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>J.T. BATTERSON and SUSAN BATTERSON,<br><br>Third Party Defendants. | |

////

*20076.0001 075 sg pld judgment.doc/sg/4/4/06-1*

On March 14, 2006 the Court entered its Order on Third-Party Defendants' J.T. Batterson and Susan Batterson's Motion for Summary Judgment, and pursuant to Fed. R. Civ. Pr. 58, the Court EXPRESSLY DETERMINES that there is no just reason for delay in the entry of judgment and EXPRESSLY DIRECTS the entry of judgment as follows:

Third-Party Plaintiffs Thomas McDonald, Marian McDonald, and Alex E. McDonald shall take nothing by their Third-Party Complaint as against Third-Party Defendants' J.T. Batterson and Susan Batterson and all of Third-party Plaintiffs' claims against Third-Party Defendants' J.T. Batterson and Susan Batterson are dismissed with prejudice and with costs pursuant to Fed. R. Civ. Pr. 54(d).

Dated this _10_ day of _April_, 2006.

_____
DISTRICT OF OREGON

Respectfully submitted by,
TARLOW NAITO & SUMMERS, LLP
Steve Naito, OSB # 80321
Shea Gumusoglu, OSB # 01268
Of Attorneys for Third Party Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **THIRD PARTY DEFENDANTS' MOTION FOR ENTRY OF RULE 54B JUDGMENT AND THIRD PARTY DEFENDANTS' RULE 54B JUDGMENT** on:

Brian D. Chenoweth
Chenoweth Law Group, PC
601 SW Second Avenue, Suite 1940
Portland OR 97204-3154
Fax: (503) 221.2182
Email: brianc@northwestlaw.com

Of Attorney for Plaintiffs Thomas McDonald, Marian McDonald, and Alex E. McDonald

Hal L. Segall/ James Esselman
Beveridge & Diamond, PC
1350 I Street, NW, Suite 700
Washington DC 20005
Fax: (202) 789.6190
Email: hsegall@bdlaw.com and jesselman@bdlaw.com

Of Attorneys for Defendants Sunoco, Inc, Sun Oil Company and Cordero Mining Company

Amy Edwards
Stoel Rives LLP
900 SW 5th Ave. Ste. 2600
Portland OR 97204
Fax: (503) 220.2480
Email: aedwards@stoel.com

Of Attorney for Defendants Sunoco, Inc., Sun Oil Company and Cordero Mining Company

by the following indicated method or methods:

☒ by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the attorney(s) listed above, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

☐ by **hand delivering** a full, true and correct copy in a sealed envelope, addressed to the attorney(s) listed above, on the date set forth below.

☐ by **sending via [overnight] courier** a full, true and correct copy in a sealed postage prepaid envelope, addressed to the attorney(s) listed above, on the date set forth below.

☐ by **faxing** a full, true and correct copy to the attorney(s) listed above, at the fax number(s) indicated above, on the date set forth below.

☒ by **emailing** a full, true and correct copy in portable document format to the attorney(s) listed above, at the email address(es) indicated above, on the date set forth below.

Page 1 – CERTIFICATE OF SERVICE

DATED: April 6th, 2006

TARLOW NAITO & SUMMERS, LLP

_____
Of Attorneys for Third Party Defendants

Page 2 – CERTIFICATE OF SERVICE

TARLOW NAITO & SUMMERS, LLP
6650 SW Redwood Lane, Suite 215
Portland OR 97224
Telephone: 968-9000 Fax: 968-9002
20076.0001 076  sg pld cos mot
judgment.doc/SG/4/4/06-1